# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| KRISTIN N. BARTUNEK )<br>*Plaintiff* )<br>v. )<br>COMMISSIONER OF SOCIAL SECURITY )<br>*Defendant* ) | Civil Action No. 3:16-cv-326 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The Commissioner's non-disability finding is vacated; No finding is made as to whether Plaintiff Kristin N. Bartunek was under a "disability" within the meaning of the Social Security Act; matter is REMANDED to the Social Security Administration under sentence four of 42 U.S.C. § 405(g) for further consideration.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Sharon L. Ovington on a motion for

Date: 8/24/17

CLERK OF COURT

*Kaylin Atkinson*
Signature of Clerk or Deputy Clerk