# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

KRISTIN N. BARTUNEK,                  :   Case No. 3:16-cv-326
                                      :
      Plaintiff,               :   Magistrate Judge Sharon L. Ovington
                                      :   (by full consent of the parties)
vs.                                   :
                                      :
NANCY A. BERRYHILL,                   :
COMMISSIONER OF SOCIAL                :
SECURITY,                             :
                                      :
      Defendant.               :

---

## DECISION AND ENTRY

---

      This case is before the Court on the parties' Joint Stipulation for an Award of Attorney Fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (Doc. #19). Specifically, the parties stipulate to an award to Plaintiff of attorney fees in the amount of $5,780.00 in full satisfaction and settlement of any and all claims for fees, expenses, and costs that Plaintiff may have under the EAJA in the above case. Any fees paid belong to Plaintiff, and not her attorney, and can be offset to satisfy pre-existing debt that Plaintiff owes the United States pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010).

      After the Court enters this award, if counsel for the parties can verify that Plaintiff owes no pre-existing debt subject to offset, Defendant agrees to direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff.

## IT IS THEREFORE ORDERED THAT:

1.  The Parties' Joint Stipulation for an Award of Attorney Fees under the Equal Access to Justice Act (Doc. #19) is accepted and the Commissioner shall pay Plaintiff's attorney fees, costs, and expenses in the total amount of $5,780.00;

2.  Counsel for the parties shall verify, **within thirty days of this Decision and Entry,** whether or not Plaintiff owes a pre-existing debt to the United States subject to offset. If no such pre-existing debt exists, Defendant shall pay the EAJA award directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff; and

3.  The case remains terminated on the docket of this Court.

**IT IS SO ORDERED.**

Date: September 26, 2017        *s/Sharon L. Ovington*
                               Sharon L. Ovington
                               United States Magistrate Judge